IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; and ARTHUR H. BUNTE, JR., as Trustee, <br><br> *Plaintiffs,* <br><br> v. <br><br> P.T.O. SERVICES, INC., an Illinois corporation; and TRANSPORT PRODUCTION SYSTEM, INC. an Illinois corporation, <br><br> *Defendants*. | Case No. 17-cv-4424 <br><br> Judge Jorge L. Alonso |

## JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' Motion for Entry of Default and Default Judgment, and the Court having reviewed the Motion along with the supporting materials, hereby FINDS, ADJUDGES, and ORDERS as follows:

1. That Defendants, P.T.O. Services, Inc. ("P.T.O. Services") and Transport Production System, Inc. ("Transport Production"), are adjudged to be in default.

2. That a default judgment is entered against P.T.O. Services and Transport Production.

3. That Central States, Southeast and Southwest Areas Health and Welfare Fund and Arthur H. Bunte, Jr., Trustee, have and recover judgment for unpaid contributions from and against P.T.O. Services in the total amount of $3,671.24. This total amount consists of: (i) unpaid employer contributions in the principal amount of

$2,410.20; (ii) $41.50 in interest on the unpaid contributions through July 27, 2017; (iii) $482.04 in liquidated damages; (iv) attorneys' fees in the amount of $360.00; and (v) costs in the amount of $377.50.

4. That Central States, Southeast and Southwest Areas Health and Welfare Fund and Arthur H. Bunte, Jr., Trustee, are awarded post-judgment interest on the judgment balance associated with paragraph 3 computed at an annualized interest rate equal to the greater of: (a) an annualized interest rate equal to 2% plus the prime interest rate established by JPMorgan Chase Bank, N.A. for the fifteenth day of the month for which the interest is charged; or (b) an annualized interest rate 7.5%, compounded annually.

5. That Central States, Southeast and Southwest Areas Pension Fund and Arthur H. Bunte, Jr., Trustee, have and recover judgment for withdrawal liability from and against P.T.O. Services and Transport Production, jointly and severally, in the total amount of $6,612,121.69. This total amount consists of: (i) withdrawal liability in the principal amount of $5,254,480.90; (ii) $306,007.11 in interest on the withdrawal liability through July 27, 2017; (iii) $1,050,896.18 in liquidated damages; (iv) attorneys' fees in the amount of $360.00; and (v) costs in the amount of $377.50.

6. That Central States, Southeast and Southwest Areas Pension Fund and Arthur H. Bunte, Jr., Trustee, are awarded post-judgment interest on the judgment balance associated with paragraph 5 computed at an annualized interest rate equal to 2% plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth day of the month for which interest is charged, compounded annually.

7. That all Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund and Arthur H. Bunte, Jr., Trustee, are awarded execution for collection of the judgment and costs granted.

8. Specifically excluded from this Judgment are: (a) any obligation of P.T.O. Services to pay Central States, Southeast and Southwest Areas Health and Welfare Fund contributions (or interest thereon) for any period other than the period of February 26, 2017 through April 22, 2017; and (b) any obligation of P.T.O. Services to pay the Central States, Southeast and Southwest Areas Health and Welfare Fund contributions (or interest thereon) on behalf of employees whose work history was not reported or was inaccurately reported to the Central States, Southeast and Southwest Areas Health and Welfare Fund, including but not limited to the time period of February 26, 2017 through April 22, 2017.

ENTERED:

8/9/17  _____
Jorge L. Alonso
United States District Judge