**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; and ARTHUR H. BUNTE, JR., as Trustee, | ) ) ) ) ) ) ) | |
| *Plaintiffs-Judgment Creditors,* | ) ) | Case No. 17-cv-4424 |
| v. | ) ) | Judge Jorge L. Alonso |
| P.T.O. SERVICES, INC., an Illinois corporation; and TRANSPORT PRODUCTION SYSTEM, INC. an Illinois corporation, | ) ) ) ) ) | |
| *Defendants-Judgment Debtors.* | ) | |

**<u>ORDER FOR RELEASE OF FUNDS</u>**

THIS MATTER comes to be heard on Plaintiffs' Motion for Release of Funds. (Dkt. 31.) The Court is fully advised.

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. MB Financial Bank, N.A. is to release a total of $3,594.44 to Plaintiffs from the accounts held at M.B. Financial Bank, N.A. by P.T.O. Services, Inc. and Transport Production System, Inc. ($3,455.89 from P.T.O. Services, Inc.'s checking account, and $138.55 from Transport Production System, Inc.'s checking account) by mailing a check in said amount made payable to "Central States, Southeast and Southwest Areas Pension Fund" to the following address within 14 days of the entry of this Order:

Central States Funds Law Department
Attention: Brandon A. Buyers
9377 W. Higgins Road, 10th Floor
Rosemont, Illinois 60018-4938

ENTERED:

9/26/17

_____

Jorge L. Alonso
United States District Judge